# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MORALES AGUILAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　Defendant. | Case No. 1:14-cv-00680-SKO (PC)<br><br>ORDER CONSTRUING COMPLAINT AS A HABEAS CORPUS PETITION AND DIRECTING CLERK'S OFFICE TO RE-DESIGNATE ACTION FROM 550/CIVIL RIGHTS TO 530/28 U.S.C. § 2241<br><br>ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |

　　　　Plaintiff is a federal prisoner incarcerated at the United States Penitentiary located in Adelanto, California. On May 8, 2014, he filed the instant pleading entitled "Civil Complaint Pursuant to 28 U.S.C. § 1331," and this case was opened as a prisoner civil rights complaint.

　　　　The complaint, while vague, appears to challenge the execution of the sentence. The complaint alleges that Plaintiff's release date has not been properly calculated. A petition that challenges the manner, location, or conditions of a sentence's execution must be brought pursuant to § 2241 in the custodial court. Hernandez v. Campbell, 204 F.3d 861, 864-65 (9th Cir.2000); Doganiere v. United States, 914 F.2d 165, 169–70 (9th Cir.1990); Brown v. United States, 610 F.2d 672, 677 (9th Cir.1980). Petitioner is incarcerated at the United States Penitentiary in Adelanto, California, which is within the jurisdictional boundaries of the Central

1  District of California.  Therefore, in the interest of justice the petition will be transferred to the
2  United States District Court for the Central District of California.  28 U.S.C. §§ 1631, 2241(d).
3          Accordingly, IT IS HEREBY ORDERED:
4          1) The complaint is CONSTRUED as a habeas petition pursuant to 28 U.S.C. § 2241;
5          2) The Clerk's Office shall change the designation of this case from 550/prisoner civil
6  rights to 530/28 U.S.C. § 1441; and
7          2) The matter is transferred to the United States District Court for the Central District of
8  California.

IT IS SO ORDERED.

Dated:   **May 14, 2014**                                **/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE