1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   FERNANDO MORALES AGUILAR,           Case No. EDCV 14-1039 R (SS)

12                    Petitioner,

13        v.                                      **JUDGMENT**

14   PAUL COPENHAVER, Warden,

15                    Respondent.

16

17        Pursuant   to   the   Court's   Order   Accepting   Findings,

18   Conclusions   and   Recommendations   of   United   States   Magistrate

19   Judge,

20

21        **IT IS HEREBY ADJUDGED** that the above-captioned action is

22   dismissed with prejudice.

23

24   DATED:  March 3, 2015

25                                    _____
                                      MANUEL L. REAL
26                                    UNITED STATES DISTRICT JUDGE

27

28